**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

### CARLOS DANIEL PADILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59454-U**

## ORDER

Before the Court is appellant's October 23, 2018 motion for extension of time to file his brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
          JUSTICE